PETER SCHOTTHAUER v. EDSON BAXTER.

*Per Curiam:* The questions in this case are similar to those in the case of *Kraft v. Baxter*, just decided, and under that authority the judgment of the district court will be affirmed.